IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRISTOPHER GILMER GARNESS,

                Plaintiff,

    v.

WISCONSIN DEPARTMENT OF CORRECTIONS,
CATHERINE PARR, MR. MIDDLETON,
ANN CARTMAN, KASONDRA MOLL and
SEVERAL JOHN AND JOHN DOE DOC EMPLOYEES,

                Defendants.

ORDER

15-cv-787-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered on February 3, 2016, I instructed plaintiff Christopher Garness to advise the court which of the lawsuits he wished to pursue under this case number and which lawsuits he wished to pursue under separate case numbers, in accordance with Fed. R. Civ. P. 20. I gave plaintiff until February 24, 2016 to respond to the February 3 order. In addition, I warned plaintiff that if he failed to respond by the deadline, I would dismiss this case for his failure to prosecute it. It is now well past plaintiff's deadline and he has not responded to the February 3 order. Accordingly, this case will be dismissed.

ORDER

IT IS ORDERED that this case is DISMISSED without prejudice for plaintiff

1

Christopher Garness's failure to prosecute it. The clerk of court is directed to enter judgment in favor of defendants and close this case.

Entered this 31st day of March, 2016.

BY THE COURT:
/s/

_____
BARBARA B. CRABB
District Judge