IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTOPHER GILMER GARNESS

                                                    JUDGMENT IN A CIVIL CASE

         Plaintiff,

                                                         15-cv-787-bbc

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS, CATHERINE PARR,
MR. MIDDLETON, ANN CARTMAN,
KASONDRA MOLL and SEVERAL JOHN
AND JANE DOE DOC EMPLOYEES,

         Defendants.

---

         This action came for consideration before the court with District Judge
Barbara B. Crabb presiding.  The issues have been considered and a decision has been
rendered.

---

         IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case without prejudice for plaintiff Christopher Gilmer

Garness's failure to prosecute.

| /s/ | 3/31/2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |